Stephen Danz (SB# 68318)
**STEPHEN DANZ & ASSOCIATES**
11661 San Vicente Blvd., Suite 500
Los Angeles, CA  90049
Telephone:  (877) 789-9707
Fax:  (310) 207-5006
Email:  stephen.danz@employmentattorneyca.com

Christopher R. LeClerc, Esq. (SB# 233479)
**LE CLERC & LE CLERC, LLP**
235 Montgomery Street, Suite 1019
San Francisco, CA  94104
Telephone:  (415) 445-0900
Fax:  (415) 445-9977
Email: chris@leclerclaw.com

Attorneys for Plaintiff
ELIZETT HUERTA



Dated:  November 19, 2012

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELIZETT HUERTA, an individual, | Case No.  3:12-cv-04735 JSC |
| Plaintiff, | **STIPULATION DISMISSING ACTION** |
| v. | **FRCP 41(a)(1)(A)(ii)** |
| CARPENTER FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, INC., a California Corporation; and DOES 1-100, inclusive, | |
| Defendants. | |

## *Recitals*

*Whereas*, the parties to this action, Plaintiff Elizett Huerta and Defendant Carpenter Funds Administrative Office of Northern California, Inc. have, via a confidential settlement agreement, reached a resolution of this matter;

*Whereas,* the parties wish to dismiss this action as a result of, and subject to, the settlement agreement reached by and between the parties;

## *Stipulation*

IT IS HEREBY STIPULATED by all parties to this lawsuit that this lawsuit be dismissed with prejudice as to all parties and all causes of action.

DATED: November 15, 2012     LE CLERC & LE CLERC, LLP

By     */s/ Christopher LeClerc*
    Christopher R. LeClerc
    Attorneys for Plaintiff
    Elizett Huerta

DATED: November 15, 2012     Weinberg, Roger & Rosenfeld

By     */s/ Roberta Perkins*
    Roberta Perkins
    Attorneys for Defendant
    Carpenter Funds Administrative Office of
    Northern California, Inc.